**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

July 18, 2024

Kaleb J Cole
13964579
PIONEER FELLOWSHIP HOUSE
220 11TH AVE
SEATTLE, WA 98122

Your civil action *Cole v. United States of America* was filed in the U.S. District Clerk's office at Seattle on July 16, 2024.

Your case has been assigned Case Number **2:24–cv–01062–JCC,** and has been assigned to Judge John C. Coughenour, Presiding Judge.

***All future correspondence with the Court must contain the entire case number as indicated above.***


Thank you,

RAVI SUBRAMANIAN, *Clerk*


s/*Deputy Clerk*

cc: file