THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KALEB J. COLE,<br><br>               Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | CASE NO. C24-1062-JCC<br><br>ORDER |

This matter comes before the Court on Kaleb Cole's 28 U.S.C. § 2255 Petition for Writ of Habeas Corpus (Dkt. No. 1). For the reasons described below, the Court DECLINES service, DISMISSES this case, and DENIES the issuance of a certificate of appealability.

In 2021, Mr. Cole was convicted by a jury of Conspiracy to Mail Threatening Communications, to Commit Stalking, and to Interfere with Federally Protected Activities; Interference with a Federally Protected Activity; and three counts of Mailing Threatening Communications. (*See United States v. Kaleb* Cole, Case No. CR20-0032-JCC-2, Dkt. No. 252 (W.D. Wash. 2021).) The Court sentenced him to 84 months of imprisonment. *Id.* at Dkt. No. 266.

He now moves for 28 U.S.C. § 2255 relief on the basis that the Court lacked subject matter jurisdiction to hear this matter in the first place. (*See generally* Dkt. No. 1.) The Court has reviewed the record and concludes that, indeed, it had subject matter jurisdiction to hear Mr.

Cole's criminal case. For this reason, it conclusively finds that Mr. Cole is not entitled to the relief he seeks. *See* 28 U.S.C. § 2255(b). Accordingly, the Court DECLINES to serve Mr. Cole's petition on the Government and DISMISSES this case. Further, it finds that reasonable jurists would not conclude that Mr. Cole's petition states a valid claim for relief. *See United States v. Winkles*, 795 F.3d 1134, 1143 (9th Cir. 2015). It, therefore, DENIES issuance of a certificate of appealability.

DATED this 19th day of July 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE